# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jesse Miles BALL<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 31, 2020 in the county of Webb in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 United States Code, Section 963 & 952 | The defendant did knowingly and unlawfully import, attempt to import, and conspire to import, from a place outside the United States, to wit: The Republic of Mexico, to a place in the United States, to wit: Laredo, Texas, approximately 12.56 kilograms of cocaine, a controlled substance listed under Schedule II, of the Controlled Substance Act. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

/s/ Jeffrey T. Foy
*Complainant's signature*

Special Agent Jeffrey T. Foy
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/03/2020

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate
*Printed name and title*

**ATTACHMENT A**

I am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On January 31, 2020, at approximately 11:26 am, Jesse Miles BALL, a United States citizen entered the United States at the Gateway to America International Bridge #1 in Laredo, Texas, as the registered owner and driver of a 2006 Lexus car. While at the U.S. Customs and Border Protection (CBP) primary inspection, a CBP canine alerted to the vehicle trunk area. CBP Officers detained BALL.

2. CBP officer conducted a personal search of BALL and discovered 2.5 grams of crystal-like substance in his sock. The substance field tested positive for methamphetamine.

3. The vehicle was further examined by x-ray and anomalies were discovered in a non-factory compartment behind the vehicle rear seat backrest. CBP extracted nineteen (19) bundles that tested positive for cocaine. The total weight was approximately 12.56 kilograms.

4. HSI Special Agents responded to the incident and advised BALL of his Miranda Rights, which he waived.

5. BALL told agents he was traveling from Monterrey, Mexico to his home in Houston.

6. When agents asked BALL about the cocaine discovered in his vehicle, BALL replied that he "chose to do this and would accept all the consequences." BALL requested to stop answering questions.